DETERMINED IN THE

## THIRD DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1908.

---

### Riley Hilton, Appellee, v. Otis Slater, Appellant.

APPEALS AND ERRORS—*when pro forma reversal will be entered.* A reversal will be *pro forma* entered where the appellee fails to file a brief in compliance with the rules.

Action commenced before justice of the peace. Appeal from the County Court of Shelby county; the Hon. CALVIN GREEN, Judge, presiding. Heard in this court at the May term, 1908. Reversed and remanded. Opinion filed November 17, 1908.

CHAFEE & CHEW, for appellant.

No appearance by appellee.

PER CURIAM. Appellee has filed no brief in compliance with the rules of this court and accordingly the judgment is reversed *pro forma* and the cause is remanded.

*Reversed and remanded.*